ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*
*CDCR, Feltner, Young, and Schichner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FANCY MOORE LIPSEY (aka Anthony Lemar Lipsey) ,**<br><br>Plaintiff,<br><br>v.<br><br>**YOUNG, et al. ,**<br><br>Defendants. | 2:20-cv-02071 KJM DMC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>Judge:  The Hon. Dennis M. Cota<br>Action Filed:  August 24, 2020 |

The parties hereby stipulate to extend the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint to September 20, 2021 and to extend the deadline for Plaintiff to Reply to Defendants' Response to Findings and Recommendations (ECF No. 12.) to September 17, 2021. On October 6, 2020, Defendants removed the Complaint to this Court. (ECF No. 1.) On August 9, 2021, the Court screened the Complaint and found that it stated claims and was appropriate for service on Defendants Feltner, Young, and Schichner. (ECF No. 8 at 1-2.)[1] The Clerk issued a summons to Defendants Feltner, Young, and Schichner requiring a response within

---

[1] The Magistrate Judge also issued findings and recommendations dismissing the California Department of Corrections and Rehabilitations with prejudice under the Eleventh Amendment. (ECF No. 11.)

21-days. (ECF No. 10.) Defendant Feltner, Young, and Schichner's responsive pleading currently due August 30, 2021.

The parties agree to stipulate to extend Defendants' responsive pleading deadline by 21-days, up to and including September 20, 2021. The parties also agree to stipulate to extend Plaintiffs' deadline to Reply to Defendants Response to the Findings and Recommendations by 21-days, up to and including September 17, 2021.

**IT IS SO STIPULATED.**

Dated:  August 27, 2021            /s/ Tyler V. Heath
                                   Tyler V. Heath
                                   Supervising Deputy Attorney General
                                   *Attorney for Defendants*
                                   *Feltner, Young, and Schichner*

Dated:  August 27, 2021            /s/ Jen Orthwein
                                   Jen Orthwein
                                   Medina Orthwein
                                   *Attorney for Plaintiff*
                                   *Fancy Moore Lipsey*
                                   (authorization to sign and file provided August 27, 2021)

**IT IS SO ORDERED.**

Dated:  August 31, 2021

                                   DENNIS M. COTA
                                   UNITED STATES MAGISTRATE JUDGE