IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANCY MOORE LIPSEY, also known as Anthony Lamar Lipsey, II,<br><br>Plaintiff,<br><br>v.<br><br>K. YOUNG, et al.,<br><br>Defendants. | No. 2:20-CV-2071-KJM-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On August 9, 2021, the Court issued findings and recommendations that the California Department of Corrections and Rehabilitation (CDCR) be dismissed as an immune defendant. See ECF No. 11. The Court also ordered service on the remaining defendants. See ECF No. 8. Defendants filed a response to the findings and recommendations on August 23, 2021, agreeing that CDCR is immune. See ECF No. 13. Defendants also requested that the Court amend the findings and recommendations to include other reasons CDCR should be dismissed. See id. On September 16, the parties filed a stipulation for dismissal of CDCR. See ECF No. 17. The remaining defendants answered the complaint on September 20, 2021. See ECF No. 18.

Because the stipulation for dismissal of CDCR as a defendant to this action has been signed by all parties who have appeared, leave of Court is not required CDCR is dismissed on the parties' notice.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(ii).  Given the parties' stipulation, the Court will vacate the August 9, 2021, findings and recommendations and deny Defendant's August 23, 2021, request as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. CDCR is dismissed as a defendant to this action on the parties' stipulated notice;

2. The August 9, 2021, findings and recommendations are vacated; and

3. Defendant's response, ECCF No. 13, is construed as a request for modification of the August 9, 2021, findings and recommendations and, so construed, is denied as moot.

Dated:  October 5, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE