Case 2:20-cv-02071-KJM-DMC   Document 30   Filed 05/20/22   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANCY MOORE LIPSEY, also known as Anthony Lamar Lipsey, II,<br><br>Plaintiff,<br><br>v.<br><br>K. YOUNG, et al.,<br><br>Defendants. | No. 2:20-CV-2071-KJM-DMC-P<br><br>ORDER |

        Plaintiff, a prisoner proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. On the Court's own motion, the stay of proceedings imposed on October 5, 2021, is extended to the date of the settlement conference set before Hon. Jeremy D. Peterson on July 19, 2022.

        IT IS SO ORDERED.

Dated: May 20, 2022

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE