Felicia Medina (SBN 255804)
fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196)
jorthwein@medinaorthwein.com
Shauna Madison (SBN 299585)
smadison@medinaorthwein.com
Ashley Carter (SBN 340403)
acarter@medinaorthwein.com
MEDINA ORTHWEIN LLP
230 Grand Avenue, Suite 201
Oakland, CA 94610
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

*Attorneys for Plaintiff Fancy Lipsey*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FANCY MOORE LIPSEY (a/k/a ANTHONY LAMAR LIPSEY II),<br><br>**Plaintiff,**<br><br>v.<br><br>K. YOUNG; W. SCHICHNER; and J. FELTNER;<br><br>**Defendants.** | Case No. 2-20-CV-02071-KJM-DMC (PC)<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:      July 19, 2022<br>Time:     10:00 AM<br>Dept:      Via Zoom<br>Judge:    Hon. Jeremy D. Peterson<br>Action Filed: August 24, 2020 |

**NOTICE IS HEREBY GIVEN TO DEFENDANTS AND DEFENDANTS' COUNSEL** that on July 12, 2022 Plaintiff submitted a confidential settlement conference statement to the Court in advance of and for the July 19, 2022 settlement conference.

| | |
|---|---|
| Dated: July 13, 2022 | Respectfully Submitted, |
| | _____ |
| | Jennifer Orthwein |
| | Felicia Medina |
| | Shauna Madison |
| | Ashley Carter |
| | MEDINA ORTHWEIN LLP |
| | |
| | *Attorneys for Plaintiff Fancy Lipsey* |

# CERTIFICATE OF SERVICE

Case Name: Lipsey v. Young, et al.
Case Number: 2-20-CV-02071-KJM-DMC (PC)

I, the undersigned, hereby certify that on July 13, 2022 I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**1. NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 13, 2022 at Oakland, California.

Dated: July 13, 2022

*/s/ Frances Paulino*
Frances Paulino
Medina Orthwein LLP