IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FANCY MOORE LIPSEY,** | 2:20-cv-02071-KJM-DMC (PC) |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FINALIZE SETTLEMENT AGREEMENT** |
| v. | |
| **YOUNG, et al. ,** | |
| Defendants. | |

The parties appeared before The Honorable Jeremy D. Peterson on July 19, 2022 for settlement conference, reached a tentative agreement, and were ordered to finalize a long-form settlement agreement within thirty (30) days. ECF No. 33. The parties have agreed on the language to be included in the agreement, but stipulate to and request the Court grant an order for an extension of thirty days for the parties to finalize the long-form settlement agreement. This time is necessary for the settlement documents to be sent to, reviewed, and signed by Plaintiff Lipsey.

**IT IS SO STIPULATED.**

Dated:     August 12, 2022

*/s/ Jen Orthwein*  
JEN ORTHWEIN  
Medina Orthwein LLP  
*Attorneys for Plaintiff*  
(authorization to sign/file provided August 12, 2022)

*/s/ Tyler Heath*  
TYLER HEATH  
Supervising Deputy Attorney General  
*Attorney for Defendant*

IT IS SO ORDERED.

Dated:   August 22, 2022

_____  
JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE